Feepd.

12

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DEJUAN POWELS,

Plaintiff,

-VS-

STATE OF MICHIGAN et al,
ANITHA SIRINGAS
MATTHEW GNATEK
JAMES FISHER
MOSES MINEZ
DERRICK RILEY
RICHARD L. CUNNINGHAM
NEIL J. LEITHAUSER,

Defendants,

_______________________________/

Case: 2:20-cv-11063
Judge: Murphy, Stephen J.
MJ: Grand, David R.
Filed: 04-17-2020 At 11:38 AM
CMP MICHAEL POWELS V. STATE OF MICHIGNA (SS)

**COMPLAINT FOR CIVIL ACTION**

NOW COMES, MICHAEL DEJUAN POWELS, Plaintiff presently filing in Pro Per, Who hereby moves this Honorable U.S. District Court For Eastern District of Michigan Southern Division, pursuant to 42 U.S.C. 1983 through 42 USC 1986 et seq; Federal Civil RICO, 18 USC 1961-1968; and/or any/all other Federal Statutes on violations of clearly established Federal Civil Rights and Federal Laws as determined by the U.S. Supreme Court by filing this herein Plaintiff's Complaint For Civil Action, based upon any/all of the following:

**PARTIES PRESENTED**

(1) That the Plaintiff MICHAEL DEJUAN POWELS, that resides at 48220 Pontiac Trail, Apt 83, Wixom, Mich 48393. Who possesses the capacity to sue the Defendants for blatantly violating and/or conspiring to violate this Pro Se Plaintiff's clearly established Federal Civil Rights, Federal

Statutes/Laws, and their U.S. Constitutional Rights protected under Equal Protection of Law as setforth in the herein Federal Claims For Action as determined by the U.S. Supreme Court.

(2) That the Defendant ANITHA SIRINGAS, that resides at Wayne Co Prosecutor Office, 1441 St Antoine, Detroit, Mich 48226. Who possesses the capacity to be sued for acting under/outside the color of State Law in their official-capacity, and personal-capacity for blatantly acting outside the color of law and their Governmental Function by violating and/or conspiring with Co-Defendants et al to violate this Plaintiff's clearly established Federal Civil Rights, Federal Laws, and Plaintiff(s) clearly established Federal Constitutional Rights as setforth in the herein Federal Claims For Action as determined by the U.S. Supreme Court.

(3) That the Defendant MATTHEW GNATEK, that resides at Detroit Police Headquarters, 1301 3rd St, Detroit, Mich 48226. Who possesses the capacity to be sued for acting under/outside the color of State Law in their official-capacity, and personal-capacity for blatantly acting outside the color of law and their Governmental Function by violating and/or conspiring with Co-Defendants et al to violate this Plaintiff's clearly established Federal Civil Rights, Federal Laws, and Plaintiff(s) clearly established Federal Constitutional Rights as setforth in the herein Federal Claims For Action as determined by the U.S. Supreme Court.

(4) That the Defendant JAMES FISHER, that resides at Detroit Police Headquarters, 1301 3rd St, Detroit, Mich 48226. Who possesses the capacity to be sued for acting under/outside the color of State Law in their official-capacity, and personal-capacity for blatantly acting outside the color of law and their Governmental Function by violating and/or conspiring with Co-Defendants et al to violate this Plaintiff's clearly established Federal Civil Rights, Federal Laws, and Plaintiff(s) clearly established

Federal Constitutional Rights as setforth in the herein Federal Claims For Action as determined by the U.S. Supreme Court.

(5) That the Defendant MOSES MINEZ that resides at Detroit Police Headquarters, 1301 3rd St, Detroit, Mich 48226. Who possesses the capacity to be sued for acting under/outside the color of State Law in their official-capacity, and personal-capacity for blatantly acting outside the color of law and their Governmental Function by violating and/or conspiring with Co-Defendants et al to violate this Plaintiff's clearly established Federal Civil Rights, Federal Laws, and Plaintiff(s) clearly established Federal Constitutional Rights as setforth in the herein Federal Claims For Action as determined by the U.S. Supreme Court.

(6) That the Defendant DERRICK RILEY that resides at Detroit Police Headquarters, 1301 3rd St, Detroit, Mich 48226. Who possesses the capacity to be sued for acting under/outside the color of State Law in their official-capacity, and personal-capacity for blatantly acting outside the color of law and their Governmental Function by violating and/or conspiring with Co-Defendants et al to violate this Plaintiff's clearly established Federal Civil Rights, Federal Laws, and Plaintiff(s) clearly established Federal Constitutional Rights as setforth in the herein Federal Claims For Action as determined by the U.S. Supreme Court.

(7) That the Defendant RICHARD L. CUNNINGHAM that resides at Cadillac Place, 10th Floor, Suite 10-200, 3030 W. Grand Blvd, Detroit, Mich 48202. Who possesses the capacity to be sued for acting under/outside the color of State Law in their official-capacity, and personal-capacity for blatantly acting outside the color of law and their Governmental Function by violating and/or conspiring with Co-Defendants et al to violate this Plaintiff's clearly established Federal Civil Rights,

Federal Laws, and Plaintiff(s) clearly established Federal Constitutional Rights as setforth in the herein Federal Claims For Action as determined by the U.S. Supreme Court.

(8) That the Defendant(s) NEIL J. LEITHAUSER that resides at the State Appellate Defender Office, 200 N. Wahington Square, Lansing, Mich 48933. Who possesses the capacity to be sued for acting under/outside the color of State Law in their official-capacity, and personal-capacity for blatantly acting outside the color of law and their Governmental Function by violating and/or conspiring with Co-Defendants et al to violate this Plaintiff's clearly established Federal Civil Rights, Federal Laws, and Plaintiff(s) clearly established Federal Constitutional Rights as setforth in the herein Federal Claims For Action as determined by the U.S. Supreme Court.

## JURISDICTION

(9) That this Plaintiff states that he resides within this Honorable United States District Court For The Eastern District of Michigan Southern Division's Jurisdiction, and that Defendant(s) et al violated and/or conspired to violate this Plaintiff of his clearly established Federal Civil Rights, Federal Law and Federal Constitutional Rights within this Honorable United States District Court For The Eastern District of Michigan Southern Division's Jurisdiction. See 28 USC 1343.

## FIRST FEDERAL CLAIM FOR ACTION

(10) On **DECEMBER 7,2007**, This Pro Se Plaintiff was wrongfully convicted by a Jury Trial for "Second Degree Felony Murder" on case MICHIGAN V MICHAEL POWELS, Case No: 07-009813-01 before the Honorable: THOMAS E. JACKSON by the Defendant Asst Wayne County Prosecutor/Officer-ANITHA SIRINGAS intentionally and in bad faith knowingly committing FRAUD UPON THE COURT by presenting known PERJURED sworn Testimony and by using completely False Police Reports of Defendants Detroit Police Dept Officer(s) MATTHEW GNATEK, JAMES FISHER, MOSES MINEZ, DERRICK

RILEY, in order, to unlawfully Maliciously Prosecute/Convict to deprive, conspire and violate this Plaintiff of his clearly established Right to Life, Liberty and Freedom for which this Plaintiff was wrongfully sentenced as a Second Habitual Offender to 45-75 years in prison with 225 days credit, in violation of the 1st and 14th Amendments of the U.S. Constitution.

(11) On **JANUARY 10,2019**, This Pro Se AUTODIDACT Plaintiff had his unlawful conviction for his "Second Degree Felony Murder" case entitled MICHIGAN V MICHAEL POWELS, Case No: 07-009813-01 DISMISSED by the Honorable Wayne County Circuit Court Judge: KELLY ANN RAMSEY by simply filing a MCR 6.500 Motion For Relief From Judgment. After this Plaintiff proved his Actual Innocence without the Assistance of his Ineffective Court-Appointed Trial and Appeal Attorneys that perjured testimony by Defendants Detroit Police Officers Detective MATTHEW GNATEK, JAMES FISHER, MOSES MINEZ, and DERRICK RILEY was knowingly committed PERJURY, and FRAUD UPON THE COURT presented by Defendant Asst Wayne Co Prosecutor ANITHA SIRINGAS intentionally and in bad faith knowingly committing FRAUD UPON THE COURT by presenting PERJURED sworn Testimony, in order, to unlawfully convict this Plaintiff was MALICIOUS PROSECUTION in complete violation of Federal Law and Justice without any fear of repercussions, charges, or prosecution of the wrongdoers for Perjury and Fraud Upon The Court(ie, Corrupt Members of the Michigan BAR Association, Prosecutors, and Detroit Police Officers).

**SECOND FEDERAL CLAIM FOR ACTION**

(12) On **DECEMBER 7,2007**, This Pro Se Plaintiff was wrongfully convicted by a Jury Trial for "Second Degree Felony Murder" on case MICHIGAN V MICHAEL POWELS, Case No: 07-009813-01 before the Honorable: THOMAS E. JACKSON by the Defendant Asst Wayne County Prosecutor/Officer-ANITHA SIRINGAS intentionally and in bad faith knowingly committing FRAUD UPON THE COURT by

presenting known PERJURED sworn Testimony and by using completely False Police Reports of Defendants Detroit Police Dept Officer(s) MATTHEW GNATEK, JAMES FISHER, MOSES MINEZ, DERRICK RILEY, based upon the Defendant RICHARD CUMMINGHAM(ie, Michigan Court-Appointed Public Pretender/Defender- "Officer of the Court") failing and refusing to obtain/secure discovery, file pertinent demanded pretrial motions, investigate, interview, and present anytype of defense to the serious false charges against this Plaintiff. That resulted in the Defendant RICHARD L. CUNNINGHAM violating this Plaintiff of his clearly established Rights to Life, Liberty and Freedom without Due Process of Law protected under the 1st and 14th Amendments of the U.S. Constitution as determined by the U.S. Supreme Court.

(13) On this Pro Se Plaintiff Appeal By Right only to the Michigan Court of Appeal. This Plaintiff wrongful conviction by a Jury Trial for "Second Degree Felony Murder" was affirmed on case MICHIGAN V MICHAEL POWELS, Case No: 07-009813-01 before the Honorable: THOMAS E. JACKSON by the Defendant Asst Wayne Co Prosecutor/Officer ANITHA SIRINGAS intentionally and in bad faith knowingly committing FRAUD UPON THE COURT by presenting known PERJURED sworn Testimony and by using completely False Police Reports of Defendants Detroit Police Dept Officer(s) MATTHEW GNATEK, JAMES FISHER, MOSES MINEZ, DERRICK RILEY, based upon the Defendant NEIL J. LEITHAUSER(ie, State Appellate Defender/Pretender- "Officer of the Court") failing and refusing to investigate, interview, and using pre-programmed Issues/Arguments/Claims from "SADO Brief Bank" to file a frivolous Appeal By Right on the serious conviction on false charges against this Plaintiff. That resulted in the Defendant NEIL J. LEITHAUSER violating this Plaintiff of his clearly established Rights to Life, Liberty and Freedom without Due Process of Law protected under the 1st and 14th Amendments of the U.S. Constitution as determined by the U.S. Supreme Court.

**THIRD FEDERAL CLAIM FOR ACTION**

(14) That this Plaintiff states as his claim upon which relief should be granted is based upon the fact. That Plaintiff hereby demands/requests that this Honorable U.S. District Court Judge to issue an immediate Order For Preliminary Injunction. Because there is a strong likelihood that this Plaintiff will prevail on the merits and any reasonable juror would rule in Plaintiff's favor. That Plaintiff stated a claim upon which relief should be granted; That Plaintiff will suffer a actual "irreparable harm/injury". If this Honorable Federal Court does not issue a Preliminary Injunction and Order to preserve the Status Quo and Prohibit the Defendants from committing imminent acts of Retaliation for this Plaintiff being engaged in the Federally protected Right to Seek Civil Redress of his Grievances against the herein Defendants et al under Equal Protection of the Law. Thus, This Honorable Federal Court Judge should balance the harms between the Parties; and that the Public Interest will be directly/indirectly effected by issuing a Order For Preliminary Injunction as mandated under Federal Law as determined by the US Supreme Court.

**DEMAND FOR JURY TRIAL**

(15) That this Plaintiff states that he has stated a claim upon which relief should be granted against any/all of the Plaintiff's Federal Claims For Action demands a Jury Trial from Cross-Section of Society, and that a reasonable Juror would rule/decide in Plaintiff's favor that Defendant(s) et al while acting under and outside the color of law blatantly violated Plaintiff's clearly established Federal Civil Rights, Federal Constitutional Rights and hereby demands a Jury Trial by Right. FRCVP Rule 38.

**RIGHT TO AMEND**

(16) That this Plaintiff reserves the Right to Amend this Pro Se Federal Complaint For Civil Action as may be required under FRCP, Federal Statute, and in the Interest of Justice. FRCP Rule 15. As well as introduce "Similar Acts" of recent Routine Practice of Federal Civil Rights violations committed by the Defendants et al in violation of clearly established Federal Law to warrant a Federal Civil Rights Investigation by the U.S. Department of Justice and prosecuting the herein Civil Rights Complaint.

WHEREFORE, This Plaintiff demands that this Honorable United States Eastern District Court of Michigan Southern Division honors this Plaintiff's Federal Complaint For Civil Action, pursuant to 42 U.S.C. 1983 et seq through 42 USC 1986 et seq; 18 USC 1961-1968; and/or any/all other applicable Federal Statutes. Since this Plaintiff has stated a claim upon which relief should/can be granted, and that there is a reasonable probability that a reasonable Jury would rule in Plaintiff's favor that the Defendants et al violated, and/or conspired to violate this Plaintiff's clearly established Federal Constitutional Right Life, Liberty and Freedom without Due Process of Law, protected under the 1st, 4th, 14th Amendments of the U.S. Constitution as determined by the United States Supreme Court under Federal Law-of-the Case Doctrine.

Further, This Plaintiff seeks/demands any/all of the following:

(A) That this Honorable U.S. District Court Judge issue both Declaratory and Injunctive Relief to this Plaintiff on any/all Claims For Action asserted by this Plaintiff against the Defendants et al acting within/outside their Official-Capacities and that are found to be following Federal/State Law as their Governmental Function; and for violating this Plaintiff's clearly established Federal Civil Rights, Federal Constitutional Rights and Federal Laws;

(B) That this Honorable U.S. District Court Judge issue both Declaratory, Injunctive, and Writ of Replevin Relief to this Plaintiff on any/all Claims For Action asserted by this Plaintiff against Defendants et al for acting within/outside their Official-Capacities, and Order the Defendants et al to cease/desist from committing any further acts of Retaliation, Harassment, Intimidation, False Charges, Physical Assault for being engaged in exercising this Plaintiff's clearly established Federal Civil Rights, and/or Federal Constitutional Rights to Seek Redress from the Government under Equal Protection Due Process of Law and Access to the Courts by filing this Federal Civil Action Complaint;

(C) That this Honorable United States District Court Judge to issue ORDER for Jury Trial for the herein Plaintiff, in order to be compensated for actual, compensatory, treble, and/or punitive damages from the Defendants et al in the sum of $50,000,000(ie, Fifth Million Dollars) on any/all herein Federal Claims For Action asserted by this Plaintiff against any/all Defendant(s) et al found to be acting within their Official-Capacities, Governmental Function; and/or in their Individual-Capacities against/from their personal assets for violating and/or conspiring to violate this Plaintiff's clearly established Federal Civil Rights protected under Federal Law for blatantly violating and/or conspiring to violate this Plaintiff's clearly established Federal Constitutional to Rights to Life, Liberty and Freedom without Due Process of Law and the 1st, 4th, 14th Amendments of the U.S. Constitution as determined by the United States Supreme Court under the Federal Law-of-the Case Doctrine, as all circumstances should dictate and Justice would so demand.

Date: 4-16-2020

Respectfully Submitted,

Michael Powels

PLAINTIFF FILING IN PRO SE
MICHAEL DEJUAN POWELS
48220 PONTIAC TRAIL, APT 83
WIXOM, MICH 48393
(313) 934-7497

CC: Defendants et al
File

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

**County in which action arose:** ______________

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Michael Dawon Powels

**(b)** County of Residence of First Listed Plaintiff Oakland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* Pro Se
48220 Pontiac trl Apt B3
Wixom Michigan 48393
313-221-3950

**DEFENDANTS**

County of Residence of First Listed Defendant Wayne
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)* N/A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities Employment
- ☐ 446 Amer. w/Disabilities Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729 (a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☒ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 USC 1983 civil Rights

Brief description of cause: False imprisonment malicious Prosecution

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $50 million Dollars

CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______________ DOCKET NUMBER ______________

DATE April 15, 2020 4-16-2020

SIGNATURE OF ATTORNEY OF RECORD Michael D Powels

FOR OFFICE USE ONLY

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________

# PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

☐ Yes
☑ No

If yes, give the following information:

Court: ____________________

Case No.: ____________________

Judge: ____________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☑ Yes
☐ No

If yes, give the following information:

Court: People vs Michael Powels

Case No.: 07-009813-01-FC

Judge: Kelly Anne Ramsey

Notes :